ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ACADEMI, LLC | ) ASBCA Nos. 60886-ADR, 60887-ADR |
| | )         60891-ADR, 60892-ADR |
| | )         61086-ADR, 61147-ADR |
| | )         61148-ADR, 61258-ADR |
| | )         61335-ADR |
| | ) |
| Under Contract Nos. W9113M-07-D-0005 | ) |
|                      N00189-07-C-Z022 | ) |

APPEARANCES FOR THE APPELLANT:    Paul E. Pompeo, Esq.
                                          Amanda Sherwood, Esq.
                                           Arnold & Porter Kaye Scholer LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
                                           DCMA Chief Trial Attorney
                                           Peter M. Casey, Esq.
                                           Debra E. Berg, Esq.
                                           Trial Attorneys
                                           Defense Contract Management Agency
                                           Hanscom AFB, MA

## ORDER OF DISMISSAL

Upon the successful completion of an Alternative Disputes Resolution (ADR), on February 24, 2022, the parties filed a joint request to dismiss all appeals with prejudice. Having settled all disputes, the appeals are dismissed with prejudice.

      Dated: March 1, 2022

 

_____
STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60886-ADR, 60887-ADR, 60891-ADR, 60892-ADR, 61086-ADR, 61147-ADR, 61148-ADR, 61258-ADR, 61335-ADR, Appeals of ACADEMI, LLC, rendered in conformance with the Board's Charter.

Dated:  March 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals